**Judge Pauley**

07 CV 7357

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. TRUST COMPANY, N.A.,

                Plaintiff,

-against-

ROBERT S. STOLAR,

                Defendant.



Civil Action No.:

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff U.S. Trust Company, N.A., certifies that U.S. Trust Company, N.A. is a subsidiary of N.B. Holdings Corporation. N.B. Holdings Corporation is a subsidiary of Bank of America Corporation. There is no publicly-held corporation that owns 10% or more of Bank of America Corporation's stock.

Dated: New York, New York
       August 17, 2007

                              GIBBONS P.C.
                              One Pennsylvania Plaza, 37th Floor
                              New York, New York 10119
                              Phone: (212) 613-2000
                              Attorneys for Plaintiff
                              U.S. Trust Company, N.A.

                              _____
                              Mark W. Stoutenburg

Of Counsel:

Christopher C. Coss
Thomas J. Momjian
Coss & Momjian
111 Presidential Blvd., Suite 233
Bala Cynwyd, Pennsylvania 19004
(610) 667-6912
Attorneys for Plaintiff

#1219047 v1
104768-60458