UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

U.S. TRUST COMPANY, N.A.,
                                                        Civil Action No.: 07 CV 7357 (WHP)

                                Plaintiff,
                                                        **NOTICE OF APPEARANCE**


            -against-


ROBERT S. STOLAR,

                                Defendant.
_____X


        PLEASE TAKE NOTICE, that the undersigned appears as counsel in the above-

captioned action for defendant ROBERT S. STOLAR and requests that all future documents and

papers be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
            August 21, 2007                     BUCHANAN INGERSOLL & ROONEY PC


                                        By: _____
                                                Stuart P. Slotnick (SS 1964)
                                                Attorneys for Defendant
                                                ROBERT S. STOLAR.
                                                One Chase Manhattan Plaza, 35th Fl
                                                (212) 440-4400 (tel)
                                                (212) 440-4401 (fax)
                                                stuart.slotnick@bipc.com (e-mail)


TO:     Mark W. Stoutenburg
        Gibbons PC
        One Pennsylvania Plaza
        37th Floor
        New York, NY 10119