UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
U.S. TRUST COMPANY, N.A.,

                    Plaintiff,

-against-

ROBERT S. STOLAR,

                    Defendant.
_____X

Civil Action No.: 07 CV 7357 (WHP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    }
                            } ss.:
COUNTY OF NEW YORK  }

      **Louis Costanzo,** being duly sworn, deposes and says:

      1.     That deponent is over 18 years of age and is employed at Buchanan Ingersoll & Rooney PC, One Chase Manhattan Plaza, New York, New York 10005, attorneys for Plaintiffs.

      2.     That on August 21, 2007, I served a true copy by U.S. First Class Mail of **Defendant's Notice of Appearance** upon the following attorney:

Mark W. Stoutenburg, Esq.
Gibbons PC
One Pennsylvania Plaza
37th Floor
New York, New York 10119

                                          _____
                                          Louis Costanzo

Sworn to before me this
21st day of August, 2007

STUART P. SLOTNICK
Notary Public - State of New York
No. 02SL6039478
Qualified in New York County
My Commission Expires August 20, 20__

_____
NOTARY PUBLIC

August 21, 2007
Sworn to before me