*Judge Pauley* [stamp]

07 CV 7357 PAULEY [handwritten]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. TRUST COMPANY, N.A.,

        Plaintiff,

-against-

ROBERT S. STOLAR,

        Defendant.

Civil Action No.

ORDER TO SHOW CAUSE FOR
**EXPEDITED DISCOVERY**

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/24/07]

**UPON** the Complaint of plaintiff U.S. Trust Company, N.A. ("U.S. Trust"), the annexed Declaration of Henry Fischel-Bock, dated August 14, 2007, the accompanying Memorandum of Law in support of U.S. Trust's Motion for Expedited Discovery, and good cause having been shown it is hereby, *and counsel for the parties having appeared on August 22, 2007 for a conference before this Court,*

**ORDERED** that defendant Robert S. Stolar, or his attorneys, show cause before this Court, at Room 11D, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on *Sept 13*, 2007, at *2:30* p.m. or as soon thereafter as counsel may be heard, why an order should not be issued: (a) compelling expedited discovery in this matter; and (b) awarding U.S. Trust all such other and further relief as the Court deems just and proper; and it is further

**ORDERED** that papers in opposition to this application, if any, shall be served on plaintiff's attorneys and filed with this Court on or before *Aug*, *29* 2007; and it is further

#1218954 v1
104768-60458

**ORDERED** that papers in reply to any opposition to this application shall be served on ~~defendant~~ or his attorneys and filed with this Court on or before Sept 5, ___ 2007; and it is further

**ORDERED** that personal service (by hand) of a copy of this order and all papers upon ~~which~~ it was granted upon defendant Robert S. Stolar on or before August 23, ___ 2007, shall be deemed good and sufficient service thereof.

Dated: New York, New York
       August 22, 2007

                                              ENTERED

                                    By: _____
                                              U.S.D.J.