UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

U.S TRUST COMPANY, N.A.

      Plaintiff,

  -against-

ROBERT S. STOLAR

      Defendant.

---

: Civil Action No.: 07cv7357 (WHP) (AJP)

: AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
         )ss.:
COUNTY OF NEW YORK )

  **David DeStefano**, being duly sworn, deposes and says:

  1. That deponent is over 18 years of age and is employed by Buchanan Ingersoll & Rooney PC, One Chase Manhattan Plaza, 35th Floor, New York, New York 10005.

  2. That on August 29, 2007, deponent served via United States First Class Mail, a true and correct copy of the Defendant Robert Stolar's Memorandum of Law In Opposition to Plaintiff's Motion For Expeditied Discovery in the above-captioned action upon defendant's attorney who has agreed to accept service on behalf of her client:

Mark W. Stoutenberg
Gibbons P.C.
One Pennsylvania
37th Floor
New York, NY 10119

                 _/s/ David DeStefano_
                 David DeStefano

Sworn to before me this
29th day of August 2007

_/s/_
NOTARY PUBLIC

JONATHAN M. MAKAROWITZ
Notary Public, State Of New York
No. 02MA6023759
Qualified In New York County
Commission Expires 4/26/2011