UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Trust Company, N.A.<br><br>        Plaintiff,<br><br>   - against -<br><br>Robert S. Stolar,<br><br>        Defendant. | Civil Action No.07 Civ.7357 (WHP)<br>**NOTICE OF APPEARANCE**<br><br>*Document filed electronically* |

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Plaintiff U.S. Trust Company in the captioned action and hereby requests electronic notification of all papers filed with the Court by notice upon the following email address: psaso@gibbonslaw.com.

Dated:   September 5th 2007
         New York, NY

                              **GIBBONS P.C.**

                              By: s/ Paul A. Saso
                                  Paul A. Saso
                                  *psaso@gibbonslaw.com*
                                  One Pennsylvania Plaza, 37th Floor
                                  New York, New York 10119-3701
                                  (212) 649-4700: Telephone
                                  (973) 639-8349: Facsimile

                                  Attorneys for Plaintiff
                                  U.S. Trust Company, N.A.

#1224214 v1
104768-60458