UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
 :
U.S. TRUST CO., N.A.,            : 07 Civ. 7357 (WHP)
 :
       Plaintiff,           : ORDER GRANTING
 : ADMISSION PRO HAC VICE
   -against-                    :
 :
ROBERT S. STOLAR,                :
 :
       Defendant.           :
 :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

       Having reviewed the notice of motion and the declaration, sworn to on August 30, 2007, of Stuart P. Slotnick, Esq. in support of the motion to appear *pro hac vice* of Joseph A. Dougherty, Esq. and Andrew J. Shapren, Esq., it is ordered that Mr. Dougherty and Mr. Shapren be admitted to this Court *pro hac vice* to represent Defendant in the above-captioned action.

       The attorneys admitted *pro hac vice* must serve a copy of this Order on all other parties who have appeared in this action.

Dated: September 10, 2007
      New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record*