USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
          :
U.S. TRUST CO., N.A.,          07 Civ. 7357 (WHP)
          :
       Plaintiff,          ORDER GRANTING
          :          ADMISSION PRO HAC VICE
   -against-
          :
ROBERT S. STOLAR,
          :
       Defendant.
          :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

       Having reviewed the notice of motion and the declaration, sworn to on August 30, 2007, of Mark W. Stoutenburg, Esq. in support of the motion to appear pro hac vice of Christopher C. Coss, Esq. and Thomas J. Momjian, Esq., it is ordered that Mr. Coss and Mr. Momjian be admitted to this Court pro hac vice to represent Plaintiff in the above-captioned action.

       The attorneys admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated: September 10, 2007
       New York, New York

                        SO ORDERED:

                        _____
                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Counsel of record*