```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
U.S. TRUST CO., N.A.,                :     07 Civ. 7357 (WHP)
                                     :
              Plaintiff,             :     ORDER
                                     :
       -against-                     :
                                     :
ROBERT S. STOLAR,                    :
                                     :
              Defendant.             :
                                     :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

        For the reasons set forth on the record on September 10, 2007, Plaintiff's application for expedited discovery is granted. Plaintiff may depose Defendant and may subpoena the depositions of (1) Christine Guidera, Morris Noble, Stacy Pugsley, Susan Pilcher and Mary Davey, to the extent they currently work with Defendant at Morgan Stanley DW, Inc. ("Morgan Stanley") in New York or New Jersey; and (2) the Morgan Stanley employee who allegedly received a confidential U.S. Trust presentation via e-mail from Defendant. Defendant may depose Henry Fischel-Bock. All depositions shall be limited to two hours and completed by October 5, 2007.

Dated: September 10, 2007
      New York, New York

                                      SO ORDERED:

                                      _____
                                      WILLIAM H. PAULEY III
                                      U.S.D.J.

*Counsel of record:*

Christopher C. Coss, Esq.
Thomas J. Momjian, Esq.
Coss & Momjian, LLP
111 Presidential Blvd.
Suite 233
Bala Cynwyd, PA 19004
*Counsel for Plaintiff*

Mark W. Stoutenburg, Esq.
Gibbons P.C.
One Pennsylvania Plaza
37th Floor
New York, NY 10119
*Counsel for Plaintiff*

Stuart P. Slotnick, Esq.
Buchanan Ingersoll PC
One Chase Manhattan Plaza
New York, NY 10005
*Counsel for Defendant*

Joseph A. Dougherty, Esq.
Andrew J. Shapren, Esq.
Buchanan Ingersoll & Rooney PC
1835 Market Street
14th Floor
Philadelphia, PA 19103-2985
*Counsel for Defendant*