## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October 2007, I caused to be served a true and correct copy of Defendant Robert S. Stolar's Answer, Affirmative Defenses and Counterclaim via facsimile and first class mail upon the following:

Christopher C. Coss, Esq.
Thomas J. Momjian, Esq.
Coss & Momjian, LLP
11 Presidential Boulevard, Suite 233
Bala Cynwyd, PA 19004

and

Mark W. Stoutenberg, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119

Attorneys for Plaintiff