USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                            :
U.S. TRUST CO., N.A.,                       :     07 Civ. 7357 (WHP)
                                            :
                        Plaintiff,          :     SCHEDULING ORDER No. 1
                                            :
            -against-                       :
                                            :
ROBERT S. STOLAR,                           :
                                            :
                        Defendant.          :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       The Court will hold a status conference in this action on November 30, 2007 at 10:15 a.m.

Dated: October 26, 2007
       New York, New York

                           SO ORDERED:

                           WILLIAM H. PAULEY III
                           U.S.D.J.

*Counsel of record:*

Christopher C. Coss, Esq.
Thomas J. Momjian, Esq.
Coss & Momjian, LLP
111 Presidential Blvd.
Suite 233
Bala Cynwyd, PA 19004
*Counsel for Plaintiff*

Mark W. Stoutenburg, Esq.
Gibbons P.C.
One Pennsylvania Plaza
37th Floor
New York, NY 10119
*Counsel for Plaintiff*

Stuart P. Slotnick, Esq.
Buchanan Ingersoll PC
One Chase Manhattan Plaza
New York, NY 10005
*Counsel for Defendant*

Joseph A. Dougherty, Esq.
Andrew J. Shapren, Esq.
Buchanan Ingersoll & Rooney PC
1835 Market Street
14th Floor
Philadelphia, PA 19103-2985
*Counsel for Defendant*