UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. TRUST COMPANY, N.A.,

        Plaintiff,

v.

ROBERT S. STOLAR,

        Defendant.

Civil Action No. 07-CV-7357 (WHP)

**STIPULATION OF DISMISSAL AND AGREEMENT REGARDING ARBITRATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and there being no person not a party who has an interest in the subject matter of the action, in accordance with Fed. R. Civ. P. 41(a)(1)(ii), this action, as against Robert S. Stolar, and counterclaim, as against U.S. Trust, are dismissed without prejudice and that the parties agree to arbitrate all matters to the extent required under the parties' arbitration agreement. This stipulation of dismissal may be executed in counterparts, each of which shall be deemed an original and shall bind the signatories thereto.

_Mark W. Stoutenburg / PAS_
Mark W. Stoutenburg, Esq.
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 613-2000

and, of counsel,

Thomas J. Momjian, Esq.
Christopher C. Coss, Esq.
**COSS & MOMJIAN, LLP**
111 Presidential Boulevard, Suite 233
Bala Cynwyd, Pennsylvania 19004
(610) 667-6800
*Attorneys for Plaintiff*
*U.S. Trust Company, N.A.*

_Stuart P. Slotnick_
Stuart P. Slotnick, Esq.
**BUCHANAN INGERSOLL & ROONEY PC**
One Chase Manhattan Plaza, 35th Floor
New York, New York 10005-1417
(212) 440-4400
*Attorneys for Defendant*
*Robert S. Stolar*

The Clerk of Court is directed to mark this case closed.

**SO ORDERED:**

_William H. Pauley_
WILLIAM H. PAULEY III U.S.D.J.
11/30/2007

#1246710 v1
104768-60458

Dated: New York, New York
       November ___, 2007

                            SO ORDERED:

                            _____
                            Honorable William H. Pauley
                            United States District Judge